Horace B. Rolason et al., defendants in error, v. John S. Landis et al., plaintiffs in error. Gen. No. 7,330.

Bill to foreclose mortgage. Decree for deficiency. Error to the Circuit Court of Winnebago county; the Hon. Earl D. Reynolds, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed August 6, 1924. Rehearing denied October 8, 1924.

Ward, Ward & Ward, for plaintiffs in error; A. J. Scheineman, of counsel. Early & Early, for defendants in error.

Mr. Justice Jones delivered the opinion of the court.

---

Musette Goff, administrator of the estate of Henry F. Goff, deceased, appellee, v. Chicago, Burlington & Quincy Railroad Company, appellant. Gen. No. 7,336.

Action for death by wrongful act. Judgment for plaintiff. Appeal from the Circuit Court of Knox county; the Hon. George C. Hillyer, Judge, presiding. Heard in this court at the April term, 1924. Reversed and remanded. Opinion filed August 6, 1924.

J. A. Connell and Williams, Lawrence, Green & Gale, for appellant. Roy M. Marsh and R. C. Rice, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

Theodore Bontjes, appellee, v. The Sweney Gasoline and Oil Company, appellant. Gen. No. 7,340.

Action for personal injuries. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed August 6, 1924.

Melville C. Hill and Clarence W. Heyl, for appellant; Heyl & Heyl, of counsel. Scholes & Pratt, for appellee; H. F. Brannon, of counsel.

Mr. Justice Jones delivered the opinion of the court.

---

Bernard Kelly, administrator of the estate of Minnie Loving, deceased, appellant, v. Eldridge Benton, appellee. Gen. No. 7,348.

Action for death by wrongful act. Judgment for defendant. Appeal from the Circuit Court of Peoria county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed August 6, 1924.

George W. Hunt and Clark B. Montgomery, for appellant. Scholes & Pratt, for appellee.

Mr. Justice Jones delivered the opinion of the court.